UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE, *ET AL*.** | |
| **Plaintiffs,** | |
| v. | Civil No.: 1:23-cv-1553 JRR |
| **MARYLAND INSURANCE ADMINISTRATION, *ET AL*.** | |
| **Defendants.** | |

## ORDER LIFTING STAY

By order of court issued June 12, 2023 (ECF No. 12), the court stayed this action to allow the parties time to resolve their disputes. Plaintiffs moved to lift the stay (ECF No. 17) citing a breakdown in the parties' efforts to resolve this matter – for which they fault Defendants. Defendants do not object to lifting the stay, but contest and oppose the factual assertions set forth in Plaintiffs' motion. Yesterday, Plaintiffs requested (ECF No. 20), and the court granted (ECF No. 21), an extension of time to file a reply in support of Plaintiffs' motion to lift the stay. In view of the fact that Defendants do not oppose lifting the stay, upon reflection, there is no purpose in a reply brief on the issue and the court is uninterested in providing further opportunity for the parties to impugn one another's settlement efforts and related motivations. Frankly, it is unhelpful to the court and serves no purpose vis-à-vis the merits. Therefore, it is this 3rd day of August 2023:

**ORDERED** that the Motion to Lift Stay (ECF No. 17) is **GRANTED**; the stay is **LIFTED**; the order at ECF No. 21 is **VACATED**; and Plaintiff's Consent Motion to Extend Time is **DENIED AS MOOT**; and further it is

**ORDERED** that the parties shall appear in person (Courtroom 3A), or via telephone, at 1:00PM on August 14, 2023, for an oral ruling on the record in open court as to Defendants'

objection and opposition to Plaintiffs' Motion for Temporary Restraining Order or in the Alternative Preliminary Injunction based on application of *Younger* and *Burford* abstention doctrines and Plaintiffs' response thereto.  (ECF Nos. 1, 2, 11 and 12.)  Counsel shall email chambers at Michelle_Chavis@mdd.uscourts.gov and Nicole_Fullem@mdd.uscourts.gov by 12:00PM, August 11, 2023, to advise as to whether they will appear in person or by telephone.  For the sake of clarity, this proceeding will not include oral argument; the court will render its ruling orally from the bench as to this discrete issue.  In the event the court determines not to abstain from exercising jurisdiction, the court will schedule the TRO/PI hearing with input from counsel.

/S/

_____
Julie Rebecca Rubin
United States District Judge

Civil No.: 1:23-cv-1553 JRR
August 3, 2023