UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE,** *ET AL.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**MARYLAND INSURANCE ADMINISTRATION,** *ET AL.*<br><br>**Defendants.** | Civil No.: 1:23-cv-1553 JRR |

## **ORDER**

This matter comes before the court on Plaintiffs' Emergency Motion for Temporary Restraining Order or in the Alternative Preliminary Injunction (ECF No. 2; the "Motion"). The parties' submissions have been reviewed and no hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth on the record in open court on Monday August 14, 2023, it is this 14th day of August 2023:

**ORDERED** that the Motion (ECF No. 2) shall be, and is hereby, **DENIED**; and it is further

**ORDERED** that the Complaint (ECF No. 1) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to **CLOSE** this action.

/s/
Julie R. Rubin
United States District Judge