IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:23-cv-01553-JRR |
| THE MARYLAND INSURANCE ADMINISTRATION, *et al.* | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Erie Insurance Exchange, Erie Insurance Company, Erie Insurance Property & Casualty Company, Erie Family Life Insurance Company, Erie Insurance Company of New York and Flagship City Insurance Company (collectively, "Plaintiffs"), who are Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit the Order (ECF No. 24), entered in this case on August 14, 2023.

Dated: September 11, 2023              Respectfully submitted,

                                                    */s/Alex J. Brown*
                                      Alex J. Brown (Bar No. 26612)
Michael S. Bullock (Bar No. 21251)
Shapiro, Sher, Guinot & Sandler, P.A.
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
ajb@shapirosher.com
msb@shapirosher.com
Phone: 410.385.0202
Fax: 410.539.7611

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September, 2023, I electronically filed the foregoing via CM/ECF, which will automatically serve this filing on the following counsel of record:

    J. Van Lear Dorsey, Esq.
    Principal Counsel
    Maryland Insurance Administration
    200 St. Paul Place, Suite 2700
    Baltimore, Maryland 21202
    van.dorsey@maryland.gov

    Betty S. Diener, Esq.
    Assistant Attorney General
    200 St. Paul Place, 27th Floor
    Baltimore, Maryland 21202
    Betty.diener@maryland.gov

    *Counsel to Defendants the Maryland*
    *Insurance Administration and Kathleen Birrane*

I FURTHER HEREBY CERTIFY that pursuant to Federal Rule of Appellate Procedure 3(a)(1), four (4) copies of this Notice of Appeal are being delivered to the Clerk's Office for the United States District Court for the District of Maryland, located at 101 W. Lombard Street, Fourth Floor, Baltimore, Maryland 21201.

                                                   */s/Alex J. Brown*
                                             Alex J. Brown (Bar No. 26612)